UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARNER BROS RECORDS INC, et al.

      VS                                                Case No.  3:07cv88/LAC/EMT

DAWN DAVIDSON
a/k/a DAWN GARCIA
a/k/a DAWN A DALY

**REFERRAL AND ORDER**

Referred to Magistrate Judge Timothy on    April 10, 2007

Type of Motion/Pleading: ENTRY OF APPEARANCE AND REQUEST FOR ADDITIONAL TIME (requesting 60 days to file answer, etc.)

Filed by:   Defendant      on 4/10/2007    Document    6

( )    Stipulated/Consented/Joint Pleading

RESPONSES:

                                      on            Doc.#

                                      on            Doc.#

WILLIAM M. McCOOL, CLERK OF COURT

/s/ *C. Justice*
Deputy Clerk

**ORDER**

      Upon consideration of the foregoing, it is **ORDERED** this 13th day of April 2007 that:

      The requested relief is **GRANTED**.  Defendant shall file her answer on or before **June 11, 2007**.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**