**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

WARNER BROS RECORDS INC., ET AL

    VS                                                    Case No. 3:07cv88/LAC/EMT

DAWN DAVIDSON

## REFERRAL AND ORDER

Referred to Magistrate Judge Timothy on     June 18, 2007

Type of Motion/Pleading:  MOTION TO STAY CASE FOR 45 DAYS

Filed by:  Plaintiffs     on  6/18/2007    Document #  10

( x )    Stipulated/Consented/Joint Pleading

RESPONSES:

                                               on              Doc.#

                                               on              Doc.#

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Teresa Cole
Deputy Clerk:

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this 19th day of June, 2007, that:

1. The requested relief is **GRANTED**.

2. The clerk is directed to return the file to the undersigned forty-five (45) days from the date of docketing of this order.

                                                       /s/ *Elizabeth M. Timothy*
                                                       **ELIZABETH M. TIMOTHY**
                                                       **UNITED STATES MAGISTRATE JUDGE**