IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARNER BROS, RECORDS, INC., et al.,
    Plaintiffs,

vs.                               Case No.:  3:07cv88/LAC/EMT

DAWN DAVIDSON,
     Defendant.
_____/

## REPORT AND RECOMMENDATION

     This matter is before the court on Plaintiffs' "Notice of [Voluntary] Dismissal With Prejudice" (Doc. 12), filed pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

     Rule 41(a)(1)(i) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer or files a motion for summary judgment.  Further, the rule provides that "[u]nless otherwise stated in the notice of dismissal . . . the dismissal is without prejudice . . . ."  Fed. R. Civ. P. 41(a)(1).  Because Defendant has not yet filed an answer in the instant case, it is clear that Plaintiffs are automatically entitled to a voluntary dismissal at this time.  At Plaintiffs' request, the dismissal shall be with prejudice (*see* Doc. 12 at 1).  *See also* Fed. R. Civ. P. 41(a)(1).

     Accordingly, it is respectfully **RECOMMENDED**:

     That Plaintiffs' notice of dismissal (Doc. 12) be **GRANTED** and this case be **DISMISSED with prejudice**.

At Pensacola, Florida, this 11<u>th</u> day of July 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within ten (10) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**