IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARNER BROS, RECORDS, INC., et al.,
    Plaintiffs,

vs.                                    Case No.:  3:07cv88/LAC/EMT

DAWN DAVIDSON,
     Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 11, 2007.  Plaintiffs has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

    Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Plaintiffs' notice of dismissal (Doc. 12) is **GRANTED** and this case is **DISMISSED with prejudice**.

    **DONE AND ORDERED** this 15th day of August, 2007.

                              s/*L.A. Collier*
                              **LACEY A. COLLIER**
                              **SENIOR UNITED STATES DISTRICT JUDGE**